IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FLEXSHOPPER, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>KATAPULT HOLDINGS, INC.,<br><br>        Defendant. | CASE NO. 2:24-CV-00795-JRG (LEAD) |
| FLEXSHOPPER, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>UPBOUND GROUP, INC.,<br>ACIMA HOLDINGS, LLC (d/b/a ACIMA LEASING), and<br>ACIMA DIGITAL, LLC (d/b/a ACIMA LEASING).<br><br>        Defendants. | CASE NO. 2:24-CV-00794-JRG (MEMBER) |

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**

Before the Court is Defendants' Motions to Dismiss (Dkt. Nos. 57, 58). Having considered the briefing of the parties, the Court **DENIES** Defendants' Motions.